RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 25 2025

FILED
DOCKETED_____ DATE _____ INITIAL

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 13. Streamlined Request for Extension of Time to File Brief

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 13**
Use Form 13 only if you are **not** registered for Appellate Electronic Filing.

Electronic filers must make the request by using the electronic document filing type "Streamlined Request to Extend Time to File Brief," which does not require any form.

**Instructions**
- Use Form 13 only to request more time to file a **BRIEF**. To request an extension of time to file *anything other than a brief*, use Form 14.
- You may request a new due date of up to 30 days from your current due date.
- Submit Form 13 on or before your brief's current due date. The clerk will mail you the new briefing schedule.
- Use Form 13 only for your **first** request for an extension of time to file **each** brief. To request any additional extension of time to file the brief or to request a first extension of more than 30 days pursuant to Cir. R. 31-2.2(b), use Form 14.

**9th Cir. Case Number(s)** 25-3951

**Case Name** Pickering v. Amazon.com, Inc., et al.

**Name of each party requesting the extension:**

John Pickering

**For which brief are you requesting an extension?**
- ● Opening Brief
- ● Answering Brief
- ● Reply Brief
- ○ First Brief on Cross-Appeal
- ○ Second Brief on Cross-Appeal
- ○ Third Brief on Cross-Appeal
- ● Cross-Appeal Reply Brief

**What is your current due date?** 8/4/2025

**What is your requested due date?** 8/11/2025

**Print Name** John Pickering

**Signature** John Pickering   **Date** 7/11/2025

*Mail this form on or before your brief's current due date to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 13                                                                 *Rev. 12/01/2018*