RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

JUL 25 2025

FILED _____
DOCKETED _____
DATE      INITIAL

**Form 34. Disclosure Statement under FRAP 26.1 and Circuit Rule 26.1-1**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form34instructions.pdf

**9th Cir. Case Number(s)** | 25-3951

Name(s) of party/parties, prospective intervenor(s), or amicus/amici filing this form:

APPELLEES AMAZON.COM, INC. AND, AMAZON.COM SERVICES LLC, et al.,
APPELLEES FOODSERVICEDIRECT.COM;
APPELLEES THE UNITED STATES OF AMERICA (DOJ ANTITRUST DIVISION) ITS OFFICE
RS, OR, AGENCY OR, STATE(S)
APPELLANT FEDERAL TRADE COMMISSION, AND THE ATTORNEYS GENERAL OF SEVERAL (US)

Under FRAP 26.1 and Circuit Rule 26.1-1, I make the following disclosures:

1. I disclose the following information required by FRAP 26.1(a) and/or Circuit Rule 26.1-1(b) for any nongovernmental corporation, association, joint venture, partnership, limited liability company, or similar entity[1] which is a party, prospective intervenor, or amicus curiae in any proceeding, or which the government identifies as an organizational victim below in section 2 of this form,[2] or which is a debtor as disclosed below in section 3 of this form.

   a. Does the party, prospective intervenor, amicus, victim, or debtor have any parent companies? Parent companies include all companies that control the entity directly or indirectly through intermediaries.
      ○ Yes    ● No

      If yes, identify all parent corporations of each entity, including all generations of parent corporations *(attach additional pages as necessary):*

   b. Is 10% or more of the stock of the party, prospective intervenor, amicus, victim, or debtor owned by a publicly held corporation or other publicly held entity?
      ○ Yes    ● No

---

[1] A corporate entity must be identified by its full corporate name as registered with a secretary of state's office and, if its stock is publicly listed, its stock symbol or "ticker."

[2] To the extent it can be obtained through due diligence.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 34                  1                 New 12/01/24

If yes, identify all such owners for each entity *(attach additional pages as necessary)*:

2. In a criminal case, absent good cause shown, the government must identify here any organizational victim of the alleged criminal activity:

3. In a bankruptcy case, the debtor, the trustee, or, if neither is a party, the appellant must identify here each debtor not named in the court of appeals caption:

4. Are you aware of any judge serving on this Court who participated at any stage of the case, either in district court, administrative proceedings, or in related state court proceedings?
   ○ Yes   ● No

   If yes, list the name of the judge and the case name, case number, and name of court of the related proceedings:

I certify that *(select only one)*:

● this is the first disclosure statement filed in the above-referenced case by the above-identified party/parties, prospective intervenor(s), or amicus/amici, and this disclosure statement complies with FRAP 26.1 and Circuit Rule 26.1-1.

○ the party/parties, prospective intervenor(s), or amicus/amici submitting this supplemental disclosure statement has previously filed a compliant disclosure statement in this case, and this updated disclosure statement discloses changed or additional information.

○ I have reviewed this form, FRAP 26.1, and Circuit Rule 26.1-1 and, to the best of my knowledge, have no information to disclose at this time.

**Signature** John Pulaney   **Date** 7/11/2025
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 34                                    2                                New 12/01/24

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



FIRST-CLASS MAIL
$003.43
043M31241397

LEGAL MAIL

**SPECIAL MAIL**

OPEN ONLY IN THE PRESENCE OF THE ADDRESSEE

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 25 2025

FILED
DOCKETED _____ _____
DATE     INITIAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 25. Certificate of Service for Paper Filing

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are **not** registered for Appellate Electronic Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s):** 25-3951

**Case Name:** Pickering v. Amazon.com, Inc., et al.

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the **Appendix of Court Forms, Pertaining (IFP)** and any attachments. *(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature:** John Pickering    **Date:** 7/11/2025

| Name | Address | Date Served |
|---|---|---|
| Robert W. Sparkes III | K+L Gates LLP, 1 Congress Street, Suite 2900, Boston, MA 02114 | 7/11/2025 |
| DOJ Antitrust Division Field Office (9th Circuit) | 450 Golden Gate Avenue, Room 10-0101, Box 36046, San Francisco, California 94102-3478 | 7/11/2025 |
| U.S. Department of Justice (DOJ) Antitrust Division | 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530 | 7/11/2025 |
| The Federal Trade Commission (FTC) Headquarters | 600 Pennsylvania Avenue, N.W., Washington, DC 20580 | 7/11/2025 |

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 25                                                                 Rev. 12/01/2018