RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 25 2025

FILED
DOCKETED
DATE    INITIAL

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 28. Response to Motion or Court Order**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form28instructions.pdf

**9th Cir. Case Number(s)** | 25-3951

**Case Name** | PICKERING V. AMAZON.COM, INC., et.al

1. **What is your name?** | JOHN PICKERING APPELLANT PRO SE

   *(For counsel, which party/parties do you represent?)*

2. Describe briefly the motion or court order to which you are responding, such as the title of the motion or the type of response requested in the order.

   SEEKING TO OVERTURN LOWER COURTS, OPINIONS, DECISION AND ORDERS, JUDGMENT IN [A] CIVIL CASE. DECISION BY THE COURT ANTITRUST LAWS AND REGULATIONS " THE COURT DISMISSED IN ITS ENTIRETY

   On what date was the motion or court order filed? | 5/25/2025

3. What is your response? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   RESPONSE TO THE COURTS DECISION AND ORDER, DISMISSED IN ITS ENTIRETY, JUDGMENT - NOTICE OF APPEAL, INTERLOCUTORY DECISIONS, INTERLOCUTORY APPEALS (DE JURE, RECORD, SERVICE OF PROCESS, TRIAL, WRIT) ANTITRUST LAWS AND REGULATIONS 28 USC § 1337 AND, 18 USC § 3231

   Provide your current mailing address unless registered for electronic filing:

   98-01 67TH AVENUE, BRUSSELS-APT.3-O, REGO PARK

   **City** | Queens   **State** | NY   **Zip Code** | 11374

   **Prisoner Inmate or A Number (if applicable)** | N/A

   **Signature** | John Pickering   **Date** | 7/11/2025

   *(use "s/[typed name]" to sign electronically-filed documents)*

   *Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 28                                                              New 12/01/2018

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 25 2025

FILED
DOCKETED _____ _____
                        DATE        INITIAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 25. Certificate of Service for Paper Filing

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are **not** registered for Appellate Electronic Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s):** 25-3951

**Case Name:** Pickering v. Amazon.com, Inc., et al.

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the **Appendix of Court Forms, Pertaining (IFP)** and any attachments. *(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature:** John Pickery    **Date:** 7/11/2025

| Name | Address | Date Served |
|---|---|---|
| Robert W. Sparkes III | K+L Gates LLP, 1 Congress Street, Suite 2900, Boston, MA 02114 | 7/11/2025 |
| DOJ Antitrust Division Field Office (9th Circuit) | 450 Golden Gate Avenue, Room 10-0101, Box 36046, San Francisco, California 94102-3478 | 7/11/2025 |
| U.S. Department of Justice (DOJ) Antitrust Division | 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530 | 7/11/2025 |
| The Federal Trade Commission (FTC) Headquarters | 600 Pennsylvania Avenue, N.W., Washington, DC 20580 | 7/11/2025 |

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 25                                                                                               Rev. 12/01/2018