RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
JUL 25 2025
FILED

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** PRO SE LITIGANTS, TO ASK THE COURT TO FILE (A) MOTION FOR ANY RELIEF OTHER THAN FOR EXTENSION DATES, IN E, ETC

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form27instructions.pdf

**9th Cir. Case Number(s):** 25-3951

**Case Name:** PICKERING V. AMAZON.COM, INC., et al.

**Lower Court or Agency Case Number:** 2:24-CV-00592-KKE

**What is your name?** JOHN PICKERING

1. **What do you want the court to do?**

   SPECIFIC ACTION OR RULING THAT GOES BEYOND SIMPLY REQUESTING MORE TIME TO FILE DOCUMENTS. ANTITRUST LAWS AND REGULATIONS, APPELLANTS DESIRED OUTCOME: TYPICALLY AIMED AT: 1) CHALLENGING THE LOWER COURT'S DECISION. (2) REQUESTING (A) SPECIFIC REMEDY OR MODIFICATION OF RELIEF GRANTED. (3) SEEKING (A) STAY OR, INJUNCTION PENDING THE APPEAL'S OUTCOME. (4) CORRECTING CLERICAL ERRORS OR OMISSIONS IN THE RECORD. "RECORD."

2. **Why should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request.** *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   OTHER RELIEF, REFERS TO REMEDIES OR, ASSISTANCE THAT THIS COURT CAN GRANT BEYOND TYPICAL MONETARY DAMAGES. REASONS ARE: RESTORING COMPETITION, (1) PREVENTING FUTURE HARM, (2) ADDRESSING COMPLEX MARKET DYNAMICS, (3) EXAMPLES OF "OTHER RELIEF— INJUNCTIONS, STRUCTURAL REMEDIES, BEHAVIORAL REMEDIES, DECLARATORY JUDGMENTS— CONSIDERATIONS FOR THE COURT, (4) EFFECTIVENESS, PROPORTIONALITY, REMEDIAL LINK, FEASIBILITY AND ENFORCEABILITY. IN CONCLUSION, COURTS GRANT "OTHER RELIEF" IN ANTITRUST CASES WHEN IT IS DEEMED NECESSARY TO EFFECTIVELY ADDRESS THE VIOLATION, PROMOTE (A) COMPETITIVELY MARKET, AND ACHIEVE (A) JUST AND EQUITABLE OUTCOME, EVEN IF IT GOES BEYOND TRADITIONAL MONETARY DAMAGES (ANTITRUST LAWS AND REGULATIONS)

**Your mailing address:**

98-01 67TH AVENUE, BRUSSELS-APT. 3-D, REGO PARK

**City:** QUEENS   **State:** NY   **Zip Code:** 11374

**Prisoner Inmate or A Number (if applicable):**

**Signature:** John Pickering   **Date:** 7/11/2025

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 27                                                                 New 12/01/2018

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 25 2025

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

FILED
DOCKETED _____ _____
DATE    INITIAL

## Form 25. Certificate of Service for Paper Filing

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are **not** registered for Appellate Electronic Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s)** | 25-3951

**Case Name** | Pickering v. Amazon.com, Inc., et al.

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the | Appendix of Court Forms, Pertaining (IFP)
and any attachments. *(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature** | John Pickey     **Date** | 7/11/2025

| Name | Address | Date Served |
|---|---|---|
| Robert W. Sparkes III | K+L Gates LLP, 1 Congress Street, Suite 2900, Boston, MA 02114 | 7/11/2025 |
| DOJ Antitrust Division Field Office (9th Circuit) | 450 Golden Gate Avenue, Room 10-0101, Box 36046, San Francisco, California 94102-3478 | 7/11/2025 |
| U.S. Department of Justice (DOJ) Antitrust Division | 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530 | 7/11/2025 |
| The Federal Trade Commission (FTC) Headquarters | 600 Pennsylvania Avenue, N.W., Washington, DC 20580 | 7/11/2025 |

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 25                                                                    *Rev. 12/01/2018*