# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

John Pickering
Appellant(s),

9th Cir. Case No. 25-3951

v.

Amazon.com, Inc., et al.,
Appellee(s).

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 25 2025

FILED _____
DOCKETED _____
DATE    INITIAL

## MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), appellant(s) John Pickering's motion to "OBJECT" to dismissal hereby move(s) the court for an order dismissing appeal No. 25-3951.

Dated: August 22, 2025      John Pickering
                            Print Name(s)

                            John Pickering
                            Signature(s)

Appellant(s) in Pro Se