RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 2 5 2025

DOCKETED
DATE            INITIAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 29. Request for Docket Sheet, Document, or Rules

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form29instructions.pdf*

**9th Cir. Case Number(s)** 25-3951

**Case Name** Pickering v. Amazon.com, Inc., et al.

**What are you requesting?**

☒ A copy of the Federal Rules of Appellate Procedure and 9th Circuit Rules

☒ A copy of the 9th Circuit docket sheet

☒ A copy of the following document(s) on the 9th Circuit docket:

| Date and/or Docket Entry # | Description of Document |
|---|---|
| CALENDAR - CAL | PUBLIC ACCESS TO COURT ELECTRONIC RECORDS (PACER) (ACCESSIBILITY) |
| CALENDAR - CAL | DOCKET SHEET/GENERAL DOCKET SHEET OR, REGISTER OF ACTIONS |
| TBC/TBJ/TRANSCRIPT | CIVIL AND CRIMINAL JURY TRIAL OR, NON JURY TRIAL - COURT REPORTERS |

**Your Name** John Pickering

**Your mailing address**
98-01 67TH AVENUE
BRUSSELS-APT. 3-0, REGO PARK

**City** Queens  **State** NY  **Zip Code** 11374

**Prisoner Inmate or A Number (if applicable)** N/A

**Signature** John Pickering  **Date** 7/11/2025

---

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 29                                                                 New 12/01/2018