NO. 25-3951

IN THE

UNITED STATES COURTS OF APPEALS FOR THE NINTH CIRCUIT

---

JOHN PICKERING

PETITIONER-APPELLANT

V.

CIRCUIT JUDGES, R. NELSON, SUNG, AND HA THOMAS

RESPONDENTS

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 17 2025

FILED _____
DOCKETED _____
DATE ___ INITIAL

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF SEATTLE WASHINGTON

NO. 2:24-CV-00592-KKE
HON. KYMBERLY K. EVANSON

---

PETITION FOR MOTION TO STAY THE MANDATE,
F.R. APP.P 41(a)-(d), US S.Ct RULES 10(c), 20-23; 32
MEMORANDUM.

1. - 8.

PRO SE LITIGANT APPELLANT MOTION TO STAY THE MANDATE IN THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT FR.APP. 41(d) AND NINTH CIRCUIT RULE 41-1. THIS MOTION, DEMONSTRATE [A] SUBSTANTIAL QUESTION AND GOOD CAUSE FOR, SUPREME COURT, THE U.S. SUPREME COURT REVIEW ARGUMENTS AND EVIDENCE FOR GOOD CAUSE, FOR [A] STAY — FR.APP. P. 41(b) (d)(2)(A)

IN THIS ANTITRUST CASE (ACTION) INVOLVING AN INJUNCTION (PRICE FIXING, EBT SNAP FOODS AND, NON EBT SNAP FOODS — VEGAN VEGITARIAN, SOY, GLUTEN, WHEAT FOODS, "U.S. AGRICULTURE") CRITERIA FOR [A] STAY PENDING APPEL, INCLUDING THE LIKELIHOOD OF SUCCESS ON THE MERITS, POTENTIAL FOR IRREPARABLE HARM (POVERT LEVEL) IMPACT ON OTHER PARTIES, AND PUBLIC INTEREST. (NON-FRIVILOUS, (IFP) MOTION TO PROCEED).

·REASONABLE PROBABILITY THAT FOUR MEMBERS OF THE COURT WOULD CONSIDER THE UNDERLYING ISSUE SUFFICIENTLY MERITORIOUS FOR THE GRANT OF CERTIORARI" SPECIFIC — ANTITRUST LAWS AND REGULATIONS ISSUES MEET THIS STANDARD.

PROCEDURAL RULES ARE GENERALLY THE SAME FOR, "PRIVATE SUIT". THE US ATTORNEY GENERAL OR [A] DESIGNEE MUST BE NOTIFIED IN CASES CHALLENGING THE CONSTITUTIONALITY OF [A] STATE, FEDERAL LAW OR, COMMERCE, FTC V. GRATZ (1920) 253 U.S. 421,. EPIC GAMES, INC. V. GOOGLE LLC, NO. 25-303 (9TH CIR. 2025)

THIS STAY OF THE MANDATE IS NECESSARY BECAUSE

THE, MANDATE TYPICALLY RETURNS, JURISDICTION TO THE U.S. DISTRICT COURT, AND [A] STAY PREVENTS FURTHER PROCEEDINGS WHILE POTENTIAL U.S. SUPREME COURT REVIEW IS PENDING. RELEVANT SECTIONS OF SUPREME COURT RULES (PARTS IV AND V) AND, 28 CFR § 0.20 PERTAINS TO THE U.S. SUPREME COURTS JURISDICTION, THE PROCESS FOR GRANTING [A] STAY PENDING [A] SUPREME COURT PETITION, AND THE U.S. DEPARTMENT OF JUSTICES FUNCTIONS, RESPECTIVELY.

ALL WRITS ACT, 28 USC § 1651(a) THE COURTS DECISION ON CERTIORARI, TO [A] U.S. COURT OF APPEALS BEFORE JUDGMENT, NOR APPEAL FROM [A] U.S. DISTRICT COURT U.S. S.Ct. RULES 11, AND, 18 — 28 USC §§ 1253 AND, 2101(e), UNITED STATES V. NIXON, 418 U.S. 683-686, 716, NINTH CIRCUIT CONFLICT WITH OTHER COURTS.

PRO SE LITIGANT APPELLANT DID FILE, F.R. APP. PROC. 41 CONTENTS MEMORANDUMS (CASE CLOSED, NO OTHER FILING ACCEPTED) "SEE GENERAL DOCKET ENCLOSED" MANDATE ISSUANCE AND EFFECTIVE DATE, STAY — U.S. S.Ct. RULES, 22J AND, 23.3", NINTH CIRCUIT, SLIP FORM ORDERED THAT THE MOTION MEMORANDUM HAS BEEN DENIED TO STAY THE MANDATE. "LEGAL ERROR" IN THIS 9TH CIRCUIT. PURSUANT TO RECONSIDERATION CERTIFY THAT THIS APPEAL IS TAKEN IN GOOD FAITH, F.R. APP. P RULE 24(a)(4)(A)(B) AND, U.S. S.Ct. RULE 39.1-8 FORMA PAUPERIS, IN RE AMENDMENT TO RULE 39: 500 US 13-14 (1991) IS PROCEEDING IN FORMA PAUPERIS, RECALL OR, STAY THE MANDATE IS WARRANTED.

RECONSIDERATION IS WARRANTED IN ACCORD WITH, NO. 25-3951 IN THE US COURT OF APPEALS FOR THE, NINTH CIRCUIT (PICKERING V. CIRCUIT JUDGES, R. NELSON,

SUNG AND, HA THOMAS) APPELLANT'S PRO SE "PETITION FOR REC ONSIDERATION OR, PANEL REHEARING AND REHEARING EN BA NC, DATED:10/17/2025. CERTIFY THAT THIS APPEAL IS TAKEN IN GOOD FAITH, CHENEY V. US. DIST. CT, 542 US.367-373-392, BEAN V. PATTERSON, 110 US 401-402, 103 F.R.D 187-317, 188-190, 191-317, 298-303., UNITED STATES V. BELL, 111 US.477-478, UNITED STATES V. FREMONT, 59 US 30-40 (TRANSCRIPT OF THE R ECORD)

[A] PETITION FOR [A] WRIT OF MANDAMUS IN THIS, NINTH CIRCUIT COURT OF APPEALS, FILED TO BE TRANSMIT TED, TO THE US SUPREME COURT IS [A] REQUEST FOR AN ORDER COMPELLING [A] LOWER COURT OR, US GOVERNME NT OFFICIAL TO REFORM [A] SPECIFIC DUTY. "EXTRAORDINA RY REMEDY" APPELLANT HAS NO OTHER ADEQUATE LEGAL REMEDY (IN FORMA PAUPERIS) SUCH AS IN THE CASE OF EXTREME JUDICIAL USURPATION OF POWER OR CLEAR ABUSE OF DISCRETION BY [A] LOWER COURT AND THIS 9TH CIRCUIT COURT,

BY FILING/FILED WITH THE NINTH CIRCUIT, THE PETITION IS AN INITIAL PROCEDURAL STEP TO THEN SEEK REVIEW BY THE US SUPREME COURT, WHICH MAY OR MAY NOT GRANT THE REQUEST, US. S CT. RULES 1.1, 2 AND, 20.1.3.5.6 CLERK'S PROCEDURE, US. S CT. RULE. 22.1 AND, 32.1-3 APPLICAT ION TO AN INDIVIDUAL JUSTICES, F.R. APP. P 10 AND, 41 — 28 USC § 1651(a) ALL WRITS ACT,

[A] DENIED CERTIORARI IMPORTS NOTHING TO THE MERITS OF THE CASE AT ISSUE (PICKERING V. AMAZON.COM, INC., et al.)

"SERVICE OF PROCESS", FORMA PAUPERIS PETITION FOR
WRIT OF MANDAMUS IN THE U.S. SUPREME COURT PROCEDURE
ON [A] PETITION FOR AN EXTRAORDINARY WRIT, U.S S.CT. R
20 AND, 22 ALSO — F.R. APP. PROC. RULES. 25(a)(e), ~ 27(a)(c) AND,
41(a)-(d) U.S COURT OF APPEALS, NINTH CIRCUIT LIST OF MO
TION FOR RELIEF, "TO COMPEL" TRANSMITTED, ELECTRONIC
FILING SYSTEM NOTICE (e-FILING) SERVICE OF PROCESS,
HARD DRIVE DISC. (HARD DRIVE PRODUCTIONS) ADMINISTRAT
ION OF JUSTICE, TO THE U.S. SUPREME COURT CLERK RULE
1.1.2 ORIGINAL RECORDS AND DOCUMENTS TRANSMITTED TO
THE U.S. SUPREME COURT BY ANY OTHER COURT, WILL BE
RETURNED TO THE COURT FROM WHICH THEY WERE RECE
IVED. FOR — EX PARTE HEARING (U.S. SUPREME COURT).

ISSUES RELATED TO DISCOVERY, TRIALS AND PROCEEDINGS, LE
AVE TO APPEAL (28 USC § 1292(b) USAM (SUPERSEDED) WRIT OF
MANDAMUS TO U.S SUPREME COURT, TO HOLD APPEAL IN
ADVANCE — (MISCELLANEOUS ORDER) U.S SUPREME COURT TO
INTERVENE (THE U.S. SOLICITOR GENERAL INTERVENING DE
CISION), TO PROCEED IN FORMA PAUPERIS APPLICATION. AP
PELLANTS' PRO SE LITIGANTS' NINTH CIRCUIT PURSUANT TO
MOTIONS RELIEFS, IN RE AMENDMENT TO RULE 39: 500 US 13-14
(1991) 15,

## CONCLUSION

FOR THE FOREGOING REASONS, THE COURT SHOULD —
ISSUE [A] STAY OF THE MANDATE, F.R APP. P, 41(a)-(d)

OCTOBER 19, 2025

.

5.

RESPECTFULLY SUBMITTED

John Pickering

JOHN PICKERING
PRO SE APPELLANT
98-01 67TH AVENUE
BRUSSELS-APT.3-0
REGO PARK
QUEENS, N.Y. 11374
sunisshineing340@gmail.com
(917) 673-3794

6.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON OCTOBER 19TH, 2025 BY U.S. POSTAL SERVICE MAILED THE U.S. COURT OF APPEALS, 9TH CIRCUIT FORGOING PETITION FOR RECONSIDERATION OR, PETITION FOR PANEL REHEARING EN BANC,

1) U.S. COURT OF APPEALS
   FOR THE NINTH CIRCUIT
   CLERK OF COURT, MCD
   POST OFFICE BOX 193939
   SAN FRANCISCO
   CALIFORNIA 94119-3939
   PHONE: (415) 355-8000

2) U.S. DEPARTMENT OF JUSTICE,
   JUSTICE MANAGEMENT DIVISION,
   950 PENNSYLVANIA AVENUE, N.W,
   ROOM: 1111, SERVE LEGAL PARTIES,
   WASHINGTON, D.C. 20530

3) JUDICIAL CONFERENCE COMMITTEE ON JUDICIAL
   CONDUCT AND DISABILITY
   ATTN: OFFICE OF THE GENERAL COUNSEL
   ADMINISTRATIVE OFFICE OF THE UNITED STATES
   COURTS
   ONE COLUMBUS CIRCLE, NE
   WASHINGTON, D.C. 20544

4) ADMINISTRATIVE OFFICE OF THE
   UNITED STATES COURTS
   [A] SPECIFIC COURT CASE

7.

COMPLAINT ABOUT[A] FEDERAL COURTS
CLERK'S OFFICE: MOLLY C. DWYER
ONE COLUMBUS CIRCLE, NE
WASHINGTON, DC 20544

5) U.S. DEPARTMENT OF JUSTICE
OFFICE OF LEGISLATIVE AFFAIRS
ROOM: 1137 (28 CFR § 0.161)
950 PENNSYLVANIA AVENUE, NW,
WASHINGTON, D.C. 20530

6) APPELLATE SECTION
P.O. BOX 502
BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

OR

~~OVERNIGHT DELIVERY~~

ROBERT F. KENNEDY BLDG
950 PENNSYLVANIA AVE, N.W,
ROOM: 4324
WASHINGTON, D.C. 20530



7021 0950 0000 5119 2486

IN ACCORDANCE WITH THE AFFIDAVIT OF SERVICE,
ADMINISTRATIVE, ADMINISTRATION, DEPARTMENT PROCESS.

AFFIDAVIT OF SERVICE

No. 25-3951

U.S. COURT OF APPEALS, FOR THE NINTH CIRCUIT

JOHN PICKERING V. CIRCUIT JUDGES, R. NELSON, SUNG AND, HA THOMAS

PETITION FOR MOTION TO STAY THE MANDATE, F.R. APP. P 41(a)-(d), US. S. Ct. RULES 10(c), 20-23, 32 MEMORANDUM

1) U.S. COURT OF APPEALS
   FOR THE NINTH CIRCUIT
   CLERK OF COURT, MCD
   POST OFFICE BOX 193939
   SAN FRANCISCO
   CALIFORNIA 94119-3939
   PHONE: (415) 355-8000

2) US. DEPARTMENT OF JUSTICE
   JUSTIC MANAGEMENT DIVISION,
   950 PENNSYLVANIA AVENUE, N.W,
   ROOM: 1111, SERVICE LEGAL PARTIES
   WASHINGTON, D.C. 20530

3) JUDICIAL CONFERENCE COMMITTEE ON JUDICIAL
   CONDUCT AND DISABILITY
   ATTN: OFFICE OF THE GENERAL COUNSEL
   ADMINISTRATIVE OFFICE OF THE UNITED STATES
   COURTS
   ONE COLUMBUS CIRCLE, NE
   WASHINGTON, D.C. 20544

A. - B.,.

4) ADMINISTRATIVE OFFICE OF THE
   UNITED STATES COURTS
   [A] SPECIFIC COURT CASE
   COMPLAINT ABOUT [A] FEDERAL COURTS
   CLERK'S OFFICE: MOLLY C. DWYER
   ONE COLUMBUS CIRCLE, NE
   WASHINGTON, D.C. 20544

5) U.S. DEPARTMENT OF JUSTICE
   OFFICE OF LEGISLATIVE AFFAIRS
   ROOM: 1137 (28 CFR § 0.161)
   950 PENNSYLVANIA AVENUE, N.W,
   WASHINGTON, D.C. 20530

6) APPELLATE SECTION
   P.O. BOX 502
   BEN FRANKLIN STATION
   WASHINGTON, D.C. 20044


                OR


   OVERNIGHT DELIVERY


   ROBERT F. KENNEDY BLDG
   950 PENNSYLVANIA AVE, N.W,
   ROOM: 4324
   WASHINGTON, D.C. 20530


      IN ACCORDANCE WITH CERTIFICATE OF SERVICE ENCLOSED,
AFFIDAVIT OF SERVICE, ADMINISTRATIVE, ADMINISTRATION, DEPA
RTMENT DUE PROCESS

                                        John Pickering


                        8.

# EXHIBITS

UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

OCT 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN PICKERING,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>AMAZON.COM, INC.; et al.,<br><br>Defendants - Appellees. | No. 25-3951<br><br>D.C. No.<br>2:24-cv-00592-KKE<br><br>Western District of Washington,<br>Seattle<br><br>MANDATE |

The judgment of this Court, entered September 25, 2025, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

# PUBLIC DOCKET FOR

# United States Court of Appeals for the Ninth Circuit

---

**Court of Appeals Docket #:** 25-3951        **Docketed:** 06/25/2025

**Case Name:** Pickering v. Amazon.com, Inc., et al.        **Status:** Closed

**Nature of Suit:** 3440 Other Civil Rights

**Appeal From:** Seattle, Western Washington

**Fee Status:** IFP Pending in COA

---

## Case Type Information

1. Civil

2. Private

3.

---

## Originating Court Information

**District:** Western District of Washington: 2:24-cv-00592-KKE

**Trial Judge:** Kymberly K. Evanson, District Judge

**Date Filed:** 04/26/2024

| Date Order/Judgment | Date Order/Judgment EOD | Date NOA Filed | Date Rec'd COA |
|---|---|---|---|
| 05/23/2025 | 05/23/2025 | 06/20/2025 | 06/23/2025 |

---

## Associated Cases

---

## Party and Attorney Listing

JOHN PICKERING
Plaintiff - Appellant

John Pickering
[Pro Se]
98-01 67TH AVENUE
BRUSSELS-APT 3-0
QUEENS, NY 11374

AMAZON.COM, INC.
Defendant - Appellee

Robert W. Sparkes, III
Direct: 617-951-9134
Email: robert.sparkes@klgates.com
[Retained]
K&L Gates, LLP
1 Congress Street
Suite 2900
Boston, MA 02114

|  | Katherine Hollingsworth<br>**Terminated:** 07/31/2025<br>Direct: 661-330-5503<br>Email: katie.hollingsworth@klgates.com |
|---|---|
|  | [Retained]<br>K&L Gates, LLP<br>925 4th Avenue<br>Suite 2900<br>Seattle, WA 98104 |
| AMAZON.COM SERVICES, LLC, a Limited Liability Company<br>Defendant - Appellee | Robert W. Sparkes, III<br>Direct: 617-951-9134<br>Email: robert.sparkes@klgates.com<br>[Retained]<br>K&L Gates, LLP<br>1 Congress Street<br>Suite 2900<br>Boston, MA 02114<br><br>Katherine Hollingsworth<br>**Terminated:** 07/31/2025<br>Direct: 661-330-5503<br>Email: katie.hollingsworth@klgates.com<br>[Retained]<br>K&L Gates, LLP<br>925 4th Avenue<br>Suite 2900<br>Seattle, WA 98104 |
| FOODSERVICEDIRECT.COM, a limited liability company: Headquarters<br>Defendant - Appellee | |

JOHN PICKERING,

        Plaintiff - Appellant,

v.

AMAZON.COM, INC.; AMAZON.COM SERVICES, LLC, a Limited Liability Company;
FOODSERVICEDIRECT.COM, a limited liability company: Headquarters,

        Defendants - Appellees.

| **Docket** | *LEGEND:*<br>*(R) - Restricted Document*<br>*(L) - Locked Document* |
|---|---|

| Date Filed | Entry # | Public Docket Text |
|---|---|---|
| 06/25/2025 | 1 | **CASE OPENED.** A copy of your notice of appeal / petition filed in 2:24-cv-00592-KKE has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.<br>The U.S. Court of Appeals docket number **25-3951** has been assigned to this case. All communications with the court must indicate this Court of Appeals docket number. Please carefully review the docket to ensure the name(s) and contact information are correct. It is your responsibility to alert the court if your contact information changes.<br>**Resources Available**<br>For more information about case processing and to assist you in preparing your brief, please review the Case Opening Information (for <u>attorneys</u> and <u>pro se litigants</u>) and review the <u>Appellate Practice Guide</u>. Attorneys should consider contacting the court's <u>Appellate Mentoring Program</u> for help with the brief and argument. [Entered: 06/25/2025 01:51 PM] |
| 06/25/2025 | 2 | **SCHEDULE NOTICE.** Appeal Opening Brief (No Transcript Due) (Appellant) 8/4/2025, Appeal Answering Brief (No Transcript Due) (Appellee) 9/3/2025. **For appeal no. 25-3951, 2:24-cv-00592-KKE.** All briefs shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. Failure of the petitioner(s)/appellant(s) to comply with this briefing schedule will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1. [Entered: 06/25/2025 01:55 PM] |
| 06/26/2025 | 3 | **NOTICE OF APPEARANCE** by Robert W. Sparkes for Appellee Amazon.com Services, LLC, Appellee Amazon.com, Inc.. [Entered: 06/26/2025 04:40 AM] |
| 06/26/2025 | 4 | **ADDED** Counsel for Appellee Robert W. Sparkes [Entered: 06/26/2025 09:10 AM] |
| 07/08/2025 | 5 | **DISCLOSURE STATEMENT** pursuant to FRAP 26.1 and CR 26.1-1 filed by Appellee Amazon.com, Inc., Appellee Amazon.com Services, LLC. [Entered: 07/08/2025 06:26 AM] |
| 07/11/2025 | 9 | **STREAMLINED** request for extension of time to file brief for 30 days filed by Appellant John Pickering. [Entered: 07/25/2025 02:01 PM] |
| 07/16/2025 | 6 | **ORDER FILED.** . Response to Fee Order due (Appellant) 8/13/2025 [Entered: 07/16/2025 02:15 PM] |
| 07/25/2025 | 7 | **OPENING BRIEF** submitted for filing by Appellant John Pickering. [Entered: 07/25/2025 12:42 PM] |
| 07/25/2025 | 8 | **CLERK ACTION:** Opening Brief submitted at DE 7 by Appellant John Pickering is filed. Original and 0 copies. [Entered: 07/25/2025 12:43 PM] |
| 07/25/2025 | 10 | **MOTION** to Proceed In Forma Pauperis filed by Appellant John Pickering. [Entered: 07/25/2025 02:52 PM] |
| 07/25/2025 | 11 | **MOTION** to Extend Time to Respond to Court Order filed by Appellant John Pickering. [Entered: 07/25/2025 02:56 PM] |
| 07/25/2025 | 12 | **DISCLOSURE STATEMENT** pursuant to FRAP 26.1 and CR 26.1-1 filed by Appellant John Pickering. [Entered: 07/25/2025 03:04 PM] |
| 07/25/2025 | 13 | Miscellaneous Pro Se Filings Filed [Entered: 07/25/2025 03:12 PM] |

| Date Filed | Entry # | Public Docket Text |
|---|---|---|
| 07/25/2025 | 14 | Miscellaneous Pro Se Filings Filed [Entered: 07/25/2025 03:14 PM] |
| 07/25/2025 | 15 | ~~MOTION for Miscellaneous Relief filed by Appellant John Pickering. [Entered: 07/25/2025 03:15 PM]~~ |
| 07/25/2025 | 16 | **REQUEST** for Public Information filed by Appellant John Pickering. [Entered: 07/25/2025 03:17 PM] |
| 07/25/2025 | 17 | **DOCUMENT SENT.** Sent Appellant a copy of the docket sheet and the FRAP and Ninth Circuit rules per the request filed on 07/25/2025. [Entered: 07/25/2025 03:36 PM] |
| 07/28/2025 | 18 | **ORDER FILED.** Paper Streamlined Request for Extension of Time to File Brief (DE 9) denied as unnecessary. It is unnecessary. The opening brief has been filed (DE7). [Entered: 07/28/2025 12:36 PM] |
| 07/31/2025 | 19 | **RESPONSE** to Motion to Proceed In Forma Pauperis (DE 10) filed by Appellee Amazon.com, Inc., Appellee Amazon.com Services, LLC. [Entered: 07/31/2025 07:09 AM] |
| 07/31/2025 | 20 | **NOTICE** of Withdrawal as Counsel filed by Katherine Hollingsworth. Counsel withdrawing on behalf of other attorney(s): No [[-]]. Party proceeding without counsel: No. [-]. [Entered: 07/31/2025 11:13 AM] |
| 07/31/2025 | 21 | **TERMINATED** participation of Counsel for Appellee Katherine Hollingsworth, representing Appellee Amazon.com Services, LLC, Appellee Amazon.com, Inc.. [Entered: 07/31/2025 11:26 AM] |
| 07/31/2025 | 22 | **ORDER FILED.** It appears that this appeal may be frivolous. If the appeal is frivolous, the court will deny permission to proceed in forma pauperis and dismiss the appeal. See 28 U.S.C. § 1915(e)(2). Within 35 days, appellant must: (1) file a statement explaining why the appeal is not frivolous, OR (2) file a motion to voluntarily dismiss the appeal, see Fed. R. App. P. 42(b). If appellant files a statement explaining why the appeal is not frivolous, or any other response other than a motion to dismiss, the court will determine whether the appeal is frivolous. If it is frivolous, the appeal will be dismissed. If it is not frivolous, the appeal will proceed. If appellant files a statement that the appeal should go forward, appellees may file a response within 10 days after service of appellant's statement. Briefing is stayed. If appellant does not respond to this order, the court may dismiss this appeal without further notice. The clerk will serve on appellant: (1) a form motion to voluntarily dismiss the appeal, and (2) a form statement that the appeal should go forward. [Entered: 07/31/2025 04:37 PM] |
| 08/04/2025 | 23 | **SUPPLEMENTAL BRIEF** submitted for filing by Appellant John Pickering. [Entered: 08/04/2025 03:16 PM] |
| 08/04/2025 | 24 | **CLERK ACTION:** Supplemental Brief submitted at DE 23 by Appellant John Pickering is filed. Original and 0 copies. [Entered: 08/04/2025 03:19 PM] |
| 08/05/2025 | 25 | **SUPPLEMENT** to **MOTION** to Proceed In Forma Pauperis (DE 10) filed by Appellant John Pickering. [Entered: 08/05/2025 03:18 PM] |
| 08/14/2025 | 26 (L) | **DEFECTIVE --- RESPONSE** to Motion to Proceed In Forma Pauperis (DE 10) filed by .--[Wrong filing type, correct entry is DE 27] [Entered: 08/14/2025 04:34 AM] [Edited: 08/14/2025 10:54 AM] |

| Date Filed | Entry # | Public Docket Text |
|---|---|---|
| 08/14/2025 | 27 | **REPLY** to Response to Court Order (DE 23) filed by Appellee Amazon.com, Inc., Appellee Amazon.com Services, LLC.--[COURT ENTERED FILING to replace DE 26] [Entered: 08/14/2025 10:53 AM] |
| 08/25/2025 | 28 | **MOTION** to Voluntarily Dismiss filed by Appellant John Pickering. [Entered: 08/25/2025 03:59 PM] |
| 08/25/2025 | 29 | **RESPONSE** to Order - General OSC (DE 22) filed by Appellant John Pickering.--[COURT UPDATE: Attached exhibits] [Entered: 08/25/2025 04:01 PM] [Edited: 08/25/2025 04:15 PM] |
| 08/25/2025 | 30 | **REQUEST** for Public Information filed by Appellant John Pickering. [Entered: 08/25/2025 04:08 PM] |
| 08/26/2025 | 31 | **DOCUMENT SENT.** Sent Appellant a copy of the docket sheet per the From 29 request filed on 08/25/2025. FRAP and Ninth Circuit rules were previouisly sent on 07/25/2025. [Entered: 08/26/2025 08:42 AM] |
| 09/12/2025 | 32 | Miscellaneous Pro Se Filings Filed [Entered: 09/12/2025 03:16 PM] |
| 09/25/2025 | 33 | **ORDER FILED.** (Ryan D. NELSON, Jennifer SUNG, Holly A. THOMAS) After considering the responses to the court's July 31, 2025 order and the opening brief, we deny the supplemented motion to proceed in forma pauperis (Docket Entry Nos. 10, 25) and dismiss this appeal as frivolous. See 28 U.S.C. § 1915(a), (e)(2). All other pending motions are denied as moot. No further filings will be entertained in this closed case. DISMISSED. [Entered: 09/25/2025 12:42 PM] |
| 10/17/2025 | 34 | **MANDATE ISSUED** Ryan D. NELSON, Jennifer SUNG, Holly A. THOMAS. The judgment of this Court, entered 9/25/2025, takes effect this date. [Entered: 10/17/2025 08:53 AM] |
| 10/20/2025 | 35 | Document received in this closed case after court order stating that no further filings will be entertained. Order and docket sheet sent to filer. [Entered: 10/20/2025 04:29 PM] |

*Docket as of 10/20/2025 4:30 PM*

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE

**SPECIAL MAIL**

**OPEN ONLY IN THE PRESENCE OF THE ADDRESSEE**

SAN FRANCISCO CA

17 OCT 2025 PM



**LEGAL MAIL**

quadient
FIRST-CLASS MAIL
IMI
**$000.74** º
10/17/2025 ZIP 94103
043M31241397

**US POSTAGE**

---

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE

**SPECIAL MAIL**

**OPEN ONLY IN THE PRESENCE OF THE ADDRESSEE**

11374-491273



**LEGAL MAIL**

quadient
FIRST-CLASS MAIL
IMI
**$000.74** º
10/21/2025 ZIP 94103
043M31241397

**US POSTAGE**

113743949112  CO25